# In the United States Court of Federal Claims

No. 20-2038C
Filed: February 8, 2021

---

**INDIANA MUNICIPAL POWER AGENCY, et al.,**

                              *Plaintiffs,*

**v.**

**UNITED STATES,**

                              *Defendant.*

---

## ORDER

On February 8, 2021, the Court held a telephonic status conference. At that status conference, the parties agreed to the following schedule that the Court now adopts:

        **May 4, 2021** – the defendant shall file its dispositive motion;

        **June 1, 2021** – the plaintiffs shall file their response;

        **June 15, 2021** – the defendant shall file its reply.

        It is so **ORDERED.**

                              s/ Richard A. Hertling
                              **Richard A. Hertling**
                              **Judge**