# In the United States Court of Federal Claims

No. 20-2038C
Filed: July 23, 2021

| | |
|---|---|
| **INDIANA MUNICIPAL POWER AGENCY, et al.,** | |
| *Plaintiffs,* | |
| v. | |
| **UNITED STATES,** | |
| *Defendant.* | |

## ORDER OF DISMISSAL

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the plaintiffs have failed to state a claim upon which relief can be granted. Accordingly, the defendant's motion to dismiss (ECF 15) is **GRANTED**, and the complaint is **DISMISSED** pursuant to Rule 12(b)(6) of the Rules of the Court of Federal Claims.

The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**